COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

R. W. W. (pro se) DOC# 162265
Louisiana State Penitentiary
Spruce Hall, Unit 1
Angola, LA  70712

**REHEARING ACTION: January 28, 2009**

**Docket Number: 08   00829-KA**

**STATE OF LOUISIANA
VERSUS
R.W.W.**

**Appealed from Grant Parish Case No. 05-141**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters
   Hon. Marc T. Amy
   Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **R.W. W.** has this day been

   **DENIED.**

cc: Hon. James Patrick Lemoine, Counsel for the Appellee
    Renee W. Dugas, Counsel for the Appellee
    Paula Corley Marx, Counsel for the Appellant